Neil M. Sunkin, (Cal. Bar No. 153868)
LAW OFFICE OF NEIL M. SUNKIN
A Professional Corporation
22908 Gershwin Dr.
Woodland Hills, CA 91364
Phone: (818) 876-9975
Fax: N/A
Email: nms@sunkinlaw.com

*Attorney for Plaintiff WENGUI GUO*
*a/k/a MILES KWOK*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENGUI GUO a/k/a MILES KWOK, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>JIANBIN YUAN, an individual,<br><br>            Defendant, | Case No. 2:18-cv-2276<br><br>**COMPLAINT FOR:**<br>**(1) DEFAMATION,**<br>**(2) DEFAMATION PER SE,**<br>**(3) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, and**<br>**(4) INTENTIONAL INTERFERENCE WITH A PROSPECTIVE ECONOMIC ADVANTAGE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Wengui Guo, a/k/a Miles Kwok (hereinafter, "Guo" or "Plaintiff"), for his Complaint against Defendant Jianbin Yuan (hereinafter, "Yuan" or "Defendant"), alleges as follows:

## STATEMENT OF THE CASE

1.     Plaintiff brings this action for the false, misleading, disparaging, defamatory, and physically threatening statements by Defendant regarding Plaintiff and his family members.

2.     Plaintiff Guo is a Chinese political dissident living at 751 Fifth Avenue, in New York, New York.  From the beginning of 2015, he has regularly spoken on YouTube and Twitter about Chinese politics and human rights issues.

3.     Guo is a pioneer of using YouTube and Twitter to fight for the rule of law, human rights, freedom and democracy in China.  Guo has exposed widespread corruption in the Chinese Communist Party ("CCP"), multiple senior officials of the Chinese Government, and their family members.

4.     Guo's whistleblower actions have made an unprecedented impact on the international image and credibility of the Communist Party of China.  Guo's disclosures not only show the ways the Chinese people are tortured under the kleptocracy but also the current unfavorable environment for the development of democracy and rule of law in China.

5.     Guo's Twitter account, @KwokMiles, has approximately 495,000 followers at present.  He has the largest number of supporters among all Chinese Twitter users.  Guo regularly uses this account to engage with other Chinese dissidents.

6.     In the past 70-year rule of the Communist Party, Guo is the one man who single-handedly challenged the CCP and exposed the CCP's building of an intelligence network in the United States and other countries.

7.     Guo has exposed the degree of China's cultural, political, economic and intelligence penetration in the United States and the West, which has sparked

strong reaction in the world.  Guo is a true advocate of democracy, freedom, and rule of law in China.

8.     Defendant Yuan also holds himself out to the public as a Chinese pro-democracy activist.  Yuan's Twitter account, @seetheatre2 has approximately 100 followers.  Upon information and belief, Yuan resides at 2636 Jurado Avenue, Hacienda Heights, CA  91745.

9.     As will be discussed herein, Yuan used (and continues to use) his Twitter account to publish false, misleading, disparaging, and defamatory statements about Guo to Yuan's numerous followers, which are then "retweeted" by his followers, compounding and enhancing the harm to Guo and his family.

10.    Yuan's tweets have led Plaintiff and his family to suffer substantial mental anguish and economic loss.   Yuan's statements are systematically "retweeted" by his followers, compounding the harm to Guo and his family.

11.    Specifically, from in and around late October 2017 to the present, via Yuan's Twitter account, Yuan made false and malicious allegations about Guo. Yuan's actions against Guo enhance the official propaganda and false accusation by the Chinese Communist Party against Guo intended to prevent Guo from obtaining Asylum in the United States.

12.    Yuan's actions are eerily similar to the alleged use of "unrestricted warfare" by the Chinese Communist Party.

13.    Yuan's actions have posed serious threats to Guo's mental and physical health, and his business and family relationships.

14.    Yuan's defamatory and malicious Twitter posts remain active on social platforms and thus remain available to the public.   As such, Yuan's defamation of Guo, and the damages suffered by Guo is ongoing.

15.    Yuan's false, defamatory, and malicious Twitter posts threaten to destroy Plaintiff's reputation.  As a result of Yuan's actions, Guo has been, and

continues to be, substantially and irreparably harmed, including, *inter alia*, the delay and/or denial of Guo's application to the United States for Asylum.

16.     As a result of Yuan's threatening, defamatory and malicious Twitter posts, Guo has been and continues to be substantially and irreparably harmed and under intense fear for his personal safety and the potential severe and irremediable harm to his family.

### JURISDICTION AND VENUE

17.     This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) and (a)(4) because the controversy in this matter exceeds the sum of $75,000 and the parties are citizens of different states.  As explained below, Plaintiff is a resident of the State of New York and Defendant, upon information and belief, is a citizen of the state of California.

18.     Venue is proper in this District under 28 U.S.C. §1391(a) because the defendant resides in this District, and a substantial part of the events related to the claims occurred within this District.

### PARTIES

19.     Plaintiff is, and at all relevant times herein was, an individual residing in the County of New York, State of New York.

20.     Plaintiff is informed and believes, and thereon alleges, that Defendant is a natural person and at all relevant times herein was a citizen of the state of California.

### FACTUAL BACKGROUND

**Guo's Childhood**

21.     Plaintiff Guo Wengui grew up very poor in the Northeast of China, where his parents were exiled by the Chinese Communist Party ("CCP") during the Cultural Revolution.

22.     Because of his experience in the Cultural Revolution, Guo was opposed to the system of communism and hegemony when he was a boy.

23.    Guo, his seven brothers, and his parents lived in a harsh, austere, frigid and unjust social and political environment throughout his childhood.

24.    Guo's childhood conditions were so severe that, as a child, Guo, would regularly check the communal water well to find his mother when he would lose sight of her to make sure she did not commit suicide by jumping into the well to end the constant suffering.

25.    Guo has spoken out about such unjust social behaviors.  For example, Guo appealed for a mother living in a Chinese poor mountainous area who killed her four sons and then committed suicide due to poverty in his videos many times. This poor mother committed suicide because her RMB300 (about $50) poverty alleviation fund was embezzled by local officials.

26.    As a teenager, Guo began his life as a businessman.  He dropped out of middle school to focus on selling jeans, radios, and other electronics.  He used his earnings to help poor people like him and to improve his family's living conditions.

27.    Due to the extreme poverty of his family and his precocity, Guo was opposed to traditional feudal marriage and paid more attention to family values.

28.    Guo met his wife in 1985 and married her in elopement.  They've been lovingly married for 33 years and are still married today.  They have a son and a daughter.

29.    To reach this level of success from such humble beginnings is a rare achievement among all the successful entrepreneurs given the economic and political conditions in the several decades after the reform and "opening-up" of China.

30.    At the time Guo and his wife were married, China was in the full control of the CCP and no private business was allowed.  As Guo constantly struggled to feed, clothe, and shelter his family, he cherished the poor and the downtrodden and understood their life.  He became more unsatisfied with the

autocratic system and the one-party system of the CCP.  Meanwhile, Guo was also one of the entrepreneurs who made his fortune and achieved early success via his own efforts at that time.

31.     During the Tiananmen Square Massacre in 1989, Guo was arrested on May 26 and sent to jail for two years because he sold his imported motorbike and donated the vast proceeds of the sale (RMB3,600, about $500) to the protesting students in different places.  When the police learned what Guo did, they arrested him for "commercial fraud" and "illegal operation" and imprisoned him for two years (1989 -1991).

32.     It was during his imprisonment, when he was jailed together with many pro-democracy activists and political dissidents, that he began his life against the autocratic regime of the CCP.

33.     During the arrest on May 26, 1989, two drunken policemen raided Guo's office and fired their weapons directly at his young wife, who was holding his three-month-old baby daughter.  His younger brother, the eighth brother in his family, tried to protect Guo's wife and daughter and was shot twice in the altercation.

34.     Subsequently, the eighth brother of Guo was sent to hospital, but the policemen who shot him instructed the doctors to refuse him any medical care and locked the door.

35.     As a result, Guo's brother, one week shy of 18 years old at that time, died from exsanguination because of the shots two days later.

36.     This incident intensified Guo's disdain towards the autocratic regime and social inequality and strengthened his conviction that China was in need of democracy, the rule of law, and freedom.

37.     This incident is also a driving force for Guo to fight against autocracy for rule of law, democracy and freedom 29 years later.

38.     As a result of these tragic events, all of which flowed from his charitable and selfless donation to the Tiananmen Square protesters, Guo vowed to become a persistent and brave advocate against the Chinese kleptocracy.

39.     During the two-year imprisonment, Guo became acquainted with the imprisoned pro-democracy activists, who educated him about religion, the rule of law and democracy; and Guo made plans to have the strong financial capability to support his parents.  He also hoped to become a man of influence in a certain field.

40.     According to his plan, after ensuring the welfare of his parents and seeing his children reach adulthood, he would start fighting for rule of law, democracy and freedom.

**Guo's Family**

41.     As discussed above, Guo and his wife were married when he was 15 years old and his wife was 14 years old.  They remain married today -- more than 33 years later.

42.     Because of the impact of the Cultural Revolution, China does not have a well-established household registration and passport information system.

43.     In China, many people would only apply for ID cards or passports after they legally become adults.

44.     As such, despite Guo's passport showing a birth year of 1968, he was in fact born in 1970.

45.     Guo became a father to a son when he was 16 years old.  Guo's son has become a very talented and successful investor.

46.     Guo became a father to a daughter when he was 18 years old.  Guo's daughter lives with her parents in New York City.  She graduated from New York University and is now a talented film director.

47.     Guo's daughter worked as the vice-director to Mr. Yimou Zhang in Mainland China, Mr. Zhang is the director of many internationally acclaimed movies, including Crouching Tiger, Hidden Dragon, which was very well received

in the West.  Guo's daughter also directed several short films related to public welfare issues.

48.     Guo's parents are in their eighties and still live in China.  They are regularly threatened, persecuted, and intimidated by the CCP as a result of Guo's whistleblowing and political advocacy.

49.     Guo's parents (and, indeed all of Guo's family members who remain in China) are also under the control of the Special Task Force comprised of thousands of members of the police and the central government.

50.     Two of Guo's brothers and one of his nieces are currently imprisoned in China as a result of Guo's whistle blowing and advocacy.

51.     They have been sentenced to imprisonment of three years, three years and five months, and two years and six months, respectively.

52.     Because of Guo's opposition to the CCP regime, his accusations of corruption against senior CCP officials, and his having exposed Chinese intelligence agents hidden in the United States and elsewhere in the West, eighteen members of Guo's family, including his brothers and brothers-in-law, his wife and his daughter have suffered harassment, including detention and imprisonment, at the hands of the CCP.

53.     Many of Guo's family members who remained in mainland China have been (and continue to be) detained, tortured, interrogated, and monitored by the special task force comprising several thousands of members from the police, CCDI and the State Security Department.

54.     Many of Guo's family members suffer from depression and suicidal tendencies as a result of the CCP's oppression and harassment.

55.     Many of Guo's colleagues have disappeared and left no trace.

56.     Since his exile, the CCP has seized more than $17,000,000.00 in cash and assets owned by Guo's family and himself.

**Guo's business**

57.     Throughout the 1990s and 2000s, Guo (and his family members) became involved in the real estate business in mainland China.

58.     Guo and his family established Henan Yuda in 1991.  Henan Yuda is a high-end, commercial complex project started with an investment of more than $300,000.00.  At the time of its construction, the hotel was the most high-class as well as one of the five tallest buildings in China.

59.     Guo's credits the success of the Henan Yuda project to Guo's spiritual and cultural growth while he was imprisoned for two years.  It was also the result of Guo's strong will to revolutionize China's system and the miracle in commemoration of the death of his younger brother.

60.     In 1999, Guo and his family established Pangu Plaza (500,000 square meters) and Zenith Plaza (1.5 million square meters).

61.     Beijing Pangu was designed by Guo and noted Taiwanese architect C.Y. Lee.

62.     Beijing Pangu is the only privately owned commercial complex in the Beijing Olympic area.

63.     Guo and his family invested in this area as early as in 2001, illustrating his precise judgment regarding China's politics and economy, which has brought substantial return and regard for his family.

64.     After completing the complex projects of Beijing Pangu and Zenith Plaza with a total area of approximately 2 million square meters, Guo announced the withdrawal of all of his family's real estate investments in disgust at the corruption of the real estate development industry in China.

65.     Guo and his family started to invest in the Chinese securities and financial sectors.  His family also acquired the listed company of Peking University, namely, Founder Securities Co. Ltd.

66.    During Guo's career as a real estate developer, his family never secured a single piece of land from the Chinese authority nor the Chinese Government.   Only private land and collectively-owned lands were used in their development projects.

67.    Because of the incidents in 1989 and 1991, Guo clearly separated himself from the Chinese Government and the state-owned enterprises.   It was not easy for him to do so, but it is the reason for his success today.

68.    Guo is a man of integrity and honesty, who is always prepared to fight for China's rule of law, democracy and freedom.   It is also the fundamental reason that Guo has been subject to baseless and unceasing investigation, yet he has not been found guilty of any offenses since corrupt forces sought his arrest and that of Guo's family members and colleagues carried out by the Special Task Force in 2015.

69.    From 2014 to 2015, the Chinese Government formed the Special Task Force consisting of thousands of members from the CCCDI, the Ministry of State Security and the Chinese police.

70.    The Special Task Force arrested hundreds of employees who were working in Guo's family enterprises and 18 of Guo's family members.

71.    The CCP also imposed controls on the mobility rights of nearly 6,000 Guo family's employees.

72.    The Special Task Force conducted countless investigations of Guo, but were never able to find any evidence of criminal behavior by Guo.   This fact was confirmed in meetings Guo had with high ranking Chinese officials of the Ministry of State Security, representing the Central Government, in London and New York.

73.    Despite these facts, Guo's financial successes along with his political activism and whistleblowing against corrupt CCP officials made him a target for wanton prosecution by those corrupt CCP officials.

74.    There is little doubt that the Chinese Government is worried about Guo's disclosure of the corruption of its senior leaders.  The CCP believes that Guo has criminal or embarrassing evidence related to senior government leaders and is concerned about the enormous impact on the CCP made by Guo's open opposition of the communist system.

75.    Therefore, the Chinese Government made a series of attempts to bribe, coerce and hunt down Guo.

76.    The Chinese Government also made use of its overseas intelligence network to discredit Guo, prevent him from obtaining Asylum, and to endanger his personal safety on an unprecedented scale.  Yuan's actions are consistent with the Chinese Government's actions to discredit Guo with the same intended goal.

77.    Since the establishment of the People's Republic of China, Guo has become the leading, most influential, and effective Chinese political dissident challenging the Chinese political system and taking actions against corruption of its senior leaders.

**Guo's Emergence as a Preeminent Whistleblower and Critic of Corruption**

78.    Due to special political conditions, the Chinese Government generally controls, supervises and threatens all large enterprises.  Guo's family enterprise was also supervised and was believed to be a potential pawn used by the Ministry of State Security of China for international issues.

79.    In 2006, Guo's family enterprise was blackmailed by the former Vice Mayor of Beijing, Liu Zhihua.  After Guo reported it to the police, he became under the control of and befriended Ma Jian, the Vice Minister of State Security at the time.

80.    In or about December, 2014, the CCP, through Bruno Wu Zheng (Guo believes Bruno Wu Zheng is a professional spy trained by China), called Guo.

81.    Wu requested that Guo cooperate with the CCP by being obedient and stop disclosing information about corruption by senior communist officials.

82.     After several failed attempts of bribing, threatening and hunting down of Guo, Bruno Wu Zheng directed the CCDI and the Special Task Force to request Guo to cooperate with China and return the evidence showing the corruption of the senior leaders (including Wang Qishan, Meng Jianzhu and others) they believe Guo possessed.

83.     In return, Bruno Wu Zheng promised Guo the following: (a) None of Guo's assets or properties will be seized by the CCP; (b) All privileges will be returned to Guo and his family; (c) Ma Jian will not be arrested; (d) Guo's family members will not be arrested; and (e) Guo will not be physically threatened or killed. Guo would have to agree to be cooperative and hand over the information to the Communist Party. Guo could not be anti-communist or against the country.

84.     Guo refused to accept Bruno Wu Zheng's offer, which has led to the persecution of Guo and his family since 2015.

85.     As a result, the CCP seized billions of dollars of Guo's family's assets and questioned and arrested 18 of Guo's family members and, also, arrested or detained hundreds of his colleagues.  Over 6,0000 of Guo's colleagues have been restrained from leaving China.

86.     As part of Guo's whistleblower actions, he disclosed the corruption of Hainan Group ("HNA"), which was widely reported by media over the world.  The information disclosed by Guo was proven to be true.

87.     Guo also disclosed the corruption of Wang Qishan and Meng Jianzhu, two of the most powerful men in China.  Again, his claims were proven to be true.

88.     Guo is recognized as one of the ten most dangerous challengers to Chinese Regime by the Chinese Communist Party.

89.     Guo's whistleblowing is regarded as the biggest political incident since the Tiananmen Square Massacre.

90.     Guo is supported by more than 100 million people in Mainland China, despite that fact that his words (and statements in support of Guo) are regularly censored by the CCP.

91.     Because of Guo's whistleblower actions, China blocked almost all social media platforms to prevent Guo from making any further disclosure and the truth he disclosed from being known in China.

92.     Guo is also supported by more than 10 million supporters outside of China.   As of May 2017, Guo's Twitter account had more than 3.8 billion impressions.

93.     In another effort to silence Guo, in May, 2017, the CCP sent Liu Yanping and three other agents to New York City to speak with Guo.[1]   At the time, Liu Yanping was Secretary of Commission for Discipline Inspection, Ministry of National Security of China.

94.     Guo ignored this threat as well, choosing instead to disclose the existence of a broad network of CCP spies in the United States.[2]

95.     The visas of four officials sent by CCP, including Liu Yanping, were cancelled because of their illegal actions in the United States.   All of their electronic devices were taken away by U.S. law enforcement agencies at the departure hall of JFK Airport.

96.     The CCP took another approach to silence Guo.   Via Interpol, the CCP issued two "Red Notices." One was issued just a couple of hours before Guo did VOA live interview in the end of April 2017; the second was issued just before Guo's disclosure of Wang Qishan and HNA in September of 2017.[3]   The focus of the second interview was to reveal the corruptive connections between one of the

[1] See https://www.wsj.com/articles/chinas-hunt-for-guo-wengui-a-fugitive-businessman-kicks-off-manhattan-caper-worthy-of-spy-thriller-1508717977

[2] See http://freebeacon.com/national-security/chinas-spy-network-united-states-includes-25000-intelligence-officers/.

[3] See https://www.washingtontimes.com/news/2017/oct/25/jeff-sessions-guo-wengui-deportation-to-china-woul/.

COMPLAINT

most powerful officials in China, Wang Qishan and his family, and HNA, which involves trillions of renminbi.

97.     The intervention of the Chinese Ministry of Foreign Affairs on the VOA interview has become an international media scandal.  The CCP ordered the sudden termination of the VOA interview by diplomatic means such as visas and other illegal means (the use of its intelligence network) in the US.[4]

98.     The CCP also engaged in an unprecedented propaganda campaign against Guo.  The CCP formed a team of more than 10,000 people, known as the "Fifty-cent troll army", ordered to use any means necessary to prevent Guo from obtaining asylum in the United States and to further attempt to discredit the facts and evidence that he has presented to the world regarding the rancid corruption within the CCP.

99.     Guo's appearance at Hudson Institute was postponed in short notice in October, 2017 (it was reported that the Institute was threatened by the CCP government).

100.    Merely supporting Guo became a crime in Mainland China.  One of Guo's supporters, Dong Qi, was reportedly arrested and sent to jail for wearing a T-shirt with Guo's slogan "Everything is just beginning" on it.[56]  Guo is also informed and believes that millions of Guo's followers have been questioned, restrained, informed and intimidated.

101.    The CCP did not stop there.  Guo's previous immigration law firm, Clark Hill, was hacked by China due to its representation of Guo.[7]

102.    Guo's security company T&M Protection was hacked by China as well, an unprecedented cyber-attack.

---

[4] See https://www.wsj.com/articles/chinese-governments-battle-against-fugitive-guo-wengui-spills-into-washington-1507260255
[5] See https://twitter.com/cppc2014/status/952091242350960640.
[6] See https://twitter.com/cppc2014/status/952091242350960640.
[7] See https://www.wsj.com/articles/chinese-governments-battle-against-fugitive-guo-wengui-spills-into-washington-1507260255

103.   The personal mobile phone of Guo, the phones used by his family members, colleagues and friends were all under cyber- attack, harassment, threat and abuse.

104.   The CCP believes Guo has evidence of widespread corruption, murder, hiding of illegally-gained money and building of a spy network in the West by high level CCP officials.  It will stop at nothing to silence Guo.

105.   Therefore, the Chinese government sent Bruno Wu Zheng and other major property developers and entrepreneurs such as Steve Wynn to bribe, coerce, and request the President of the United States to repatriate Guo.  To date, the United States government has refused these requests.

106.   In or around October, 2017, right before China's 19th National Congress, Guo's Twitter, YouTube and Facebook accounts had been suspended without any reason.  This became a major incident in the international social media community.

107.   The agents and official representatives sent by the CCP constantly organized protests with the signs of "Guo is a rapist," "Guo is a Liar" and "Get Guo out of America" at Guo's New York apartment to harass and threaten Guo.

108.   Meanwhile, many purported democracy activists initiated personal attacks and attempts at intimidation against Guo.  In recent months, an anti-Guo campaign, involving the use of unrestricted warfare and smearing, was initiated by the Chinese authority.

109.   Upon information and belief, Yuan is one of the activists paid by the Chinese government to destroy, defame, and otherwise oppose Guo.

**Jianbin Yuan's Background and Social Media Activity**

110.   Little is known about Yuan, except that he joined Twitter in August 2017.

111.   In sum, Yuan began a concerted campaign to defame and impugn Guo's reputation.  This course of conduct is similar to the strategy and techniques

utilized by the CCP's "Fifty-Cent Troll Army".[8]

**Yuan's campaign of defamation**[9]

112.   Specifically, from in and around late January 2018 to the present, via Yuan's Twitter account, and via public comments to third parties, Yuan has made false and malicious allegations about Guo.

113.   By way of specific example, Defendant, with malicious intent and knowing it to be false, published the following tweets on Twitter:

     a.   February 27, 2018: "Cao Changqing received a total of 20 million U.S. dollars from Wengui.  Therefore, Guo Guowen Gui is a spyman who works with the forces of corruption.  In the five-year anti-corruption campaign, Wang Qishan scored more than a million corrupt officials in the Communist Party of China, and therefore offended many factions!  Guo fights king! Respond to intra-Party rivals for corruption groups!  Guo 7 Center is against anti-corruption!  Stop anti-corruption!"[10]

     b.   February 23, 2018: "Guo Wengui is a special agent for corruption forces.  In the five-year anti-corruption campaign, Wang Qishan scored more than a million corrupt officials in the Communist Party of China, and therefore offended many factions!  Guo fights king!  Respond to intra-Party rivals for corruption groups!  Guo 7 Center is against anti-corruption! Stop anti-corruption!  The mirror won the Guo Wengui!  Guo Wengui crosses the river to remove the bridge, ungrateful!  Guo Yan Mirror!"[11]

---

[8] See https://www.voanews.com/a/who-is-that-chinese-troll/3540663.html

[9] This is not an exhaustive listing of all false and defamatory statements made about Guo by Yuan. Plaintiff's investigation is ongoing, and Yuan continues to make defamatory statements. Plaintiff reserves the right to amend his Complaint with additional information as such information is discovered. All tweets referenced herein are translated from Mandarin for the Court's convenience.

[10] https://twitter.com/seeTheatre2/status/968424617844133889

[11] https://twitter.com/seeTheatre2/status/966965678854098944

c. January 9, 2018: "He and Guo Wengui have the same old leader: Zeng Qinghong. Both of them are extremely intelligent, so they were trained as advanced agents by the CCP's intelligence system. No family background, but suddenly fly! It is behind the intelligence system support! Cooperate with each other and help the Chinese Communists and Jiang Xiaoxiao! Confused people."[12]

114. By way of specific example, Defendant, with malicious intent and knowing it to be false, published and retweeted the following tweets of another user on Twitter:

a. Original tweet from user @fangmincnLA on March 10, 2018: "Baby Guo, you come out again to threaten people after only two days of quietness? So many have been threatened by you for over a year. Yet your paper bullets have not hit the targets, have they? This round you and your pawns are totally defeated by Tank Cat (a twitter user). Are you going to fight shirtless? What do you want to do, Baby? Do you think U.S. is the same shithole kingdom as your country? And you can do whatever you want? Don't think I am afraid of you because you sent someone to tail after me. U.S. is a country with rule of law. Your pawns' death threats to me will be punished..."[13]

b. Original tweet from user @fangmincnLA on March 10, 2018: "Mr. Guo Wengui, your multiple straight-forward threats have terrified my family. Now, I have to look for another place to rent..."[14]

---

[12] https://twitter.com/ZAP_333/status/948793465155891200
[13] https://twitter.com/fangmincnLA/status/972511183503634432
[14] https://twitter.com/fangmincnLA/status/972519076856700928

c.     Original tweet from user @fangmincnLA on March 8, 2018: "Here is part of Mr. Guo Wengui's order to XX about launching an attack on me and Mr. Chen Jun, as we noted down: XX, you must try all you can to spread the news about Mang Liuzi, including our attacks and comments.  Tell our brothers in arms to go all out these few days to follow up this matter about Mang Liuzi, about the cooperation among Chen Jun, Yuan Jianbin and Sino- the bunch of rogues.  This is critical, XX."[15]

d.     Original tweet from user @fangmincnLA on March 7, 2018: "In the current world of twitter, when fake fundraising becomes a career, farces are staged one after another under the directing of Plague Guo (icon of a turtle).  As the next step, Mang Sanpeng (referring to Mang Liuzi, implying that he fakes multiple accidents to claim for compensation) is going to report against the twitter users who use VPNs to climb over China's Great Firewall.  Hey, have you donated today? Hey, not yet? Come on, as the second biggest boss of Chinese Freemasons Association, I will dial 110 to serve you right…"[16]

e.     Original tweet from user @fangmincnLA on March 7, 2018: "All these are the evil fruits Plague Guo (icon of an turtle) and Mang Sanpeng (referring to Mang Liuzi, implying that he fakes multiple accidents to claim for compensation) have brought to the overseas twitter world.  And everyone of us has to shoulder the consequence.  It is a testing time for your sense of responsibility as a human……

---

[15] https://twitter.com/fangmincnLA/status/971567544807993344
[16] https://twitter.com/fangmincnLA/status/971316451574415360

Corruption China:  If all the overseas Chinese would abuse the right to report to twitter, all the twitter users in China will suffer"[17]

f.   Original tweet from user @fangmincnLA on March 5, 2018: "Guo Wengui gave the order on 30th January.  That's why all the Lunatic Guo Fans started the frenzied attack on me on 31st January.  Voice of Free China is Guo's daring henchman, leading the campaign of lies and fakes.  Patience.  The investigation is soon to be done.  Let the paper bullets fly for a while.  It is time someone pays the price...

Shu Feng:  Guo Wengui tried three times to buy Yuan off, only to be rejected.  So, Guo Wengui gave the order to Guo Beasts (referring to Guo's supporters) to lay a siege at Yuan.  This is the simple truth.  Not that complicated."[18]

g.   Original tweet from user @fangmincnLA on March 5, 2018: "(Guo Wengui) failed three times in his attempt to buy me off, because I don't want to sell my friends out for money.  One can be austere if he has no selfish desires.  So I break (the myth) that Guo Wengui with his wealth was capable of everything and he was the God of War himself who won every battle.  I don't even give a damn to this billionaire.  So who else will he hate but me? Let paper bullets fly for a while…

Zhimin:  It's clear now.  But I don't understand one thing.  Why is Guo Wengui swearing with such a vehemence: Yuan Jianbin, you stinky hoodlum! What on earth has Yuan done to him? He bears such intense hatred."[19]

---

[17] https://twitter.com/fangmincnla/status/971265131182247937
[18] https://twitter.com/fangmincnla/status/970451121532682240
[19] https://twitter.com/fangmincnla/status/969369426960109569

18

COMPLAINT

h.  Original tweet from user @fangmincnLA on February 21, 2018: "Wangshen: I remember one Mingjing program mentioned that you, Yang Jianli and Guo Wengui want to initiate a certain plan for entrepreneurs. How come you and Guo are in such a tense hostility now? What happened?

Because Guo Wengui laid a scheme and everyone is trapped. Take your time and look."[20]

i.  Original tweet from user @fangmincnLA on February 19, 2018: "Any malevolence? Give one example. This time Mr. Guo Wengui is the one who picked the fight, fooling Mang Liuzi to slander. And I instantly become a plant sent by Shanghai Division of State Security Bureau. You saw that, didn't you?"[21]

j.  Original tweet from user @fangmincnLA on February 19, 2018: "Didn't you see Guo Wengui started the fight with slandering? And he offended me with rude remarks first?"[22]

k.  Original tweet from user @fangmincnLA on February 18, 2018: "All these are schemes run by Mang Liuzi, together with Guo Wengui and executed by Guo Baosheng, with the purpose to swindle money.

黑窗（Dark Window）: Here are three moves. First, link Wu Zheng with Chen Jun. Wu Zheng is a spy, therefore Chen Jun is also a spy. If Chen Jun owns Mingjing's shares, that proves the existence of a net cashed at Guo Wengui. Look, Mang Liuzi did say Chen Jun cashed the net at Guo

---

[20] https://twitter.com/fangmincnLA/status/966324174489731072
[21] https://twitter.com/fangmincnLA/status/965689908034596864
[22] https://twitter.com/fangmincnLA/status/965693494697209857

Wengui.  Chen Jun knows Wu Zheng, and he invested in Mingjing, so Mingjing is also a spy website."[23]

l.  Original tweet from user @fangmincnLA on February 17, 2018: "A friend just asked me in the phone, how can it be such a messy battle? I simply answered: you only need to check if the many players who popped up and fought me belong to Guo's Army.  The friend burst into laughters hearing these and replied, it is Guo Army's campaign of creating God of Plague, and what gives you such a good state of mind this time? I said, it is battle, of course I must keep a good state of mind and leave my opponents jump all over.  Thanks to Mang Liuzi, Lu De, Zeng Hong and others who jumped out today on behalf of Guo Army."[24]

m.  Original tweet from user @fangmincnLA on February 17, 2018: "Here is the proof of my drug addiction released by Himalaya (a twitter user).  You also provided the documents Guo Wengui used during his Chinese New Year Eve Exposé, didn't you?

JamesNg:  Is it convincing if she made use of China government's smearing documents? Aren't the smearing documents the reason why there are so many wrongful legal cases and petitioners (in China)?

The problem is the time and columns are all wrong in this document.  It is obviously fabricated in a rush.  You know it is made by Guo's team at one glance."[25]

---

23 https://twitter.com/fangmincnLA/status/965302737327022080
24 https://twitter.com/fangmincnLA/status/965107989383331840
25 https://twitter.com/fangmincnLA/status/965021307623501824

COMPLAINT

n.   Original tweet from user @fangmincnLA on February 17, 2018: "Voice of Free China is simply a Guo Army's platform where Guo Wengui attacks whoever disagrees with him and spreads rumours.  Does it count as an media when they praise Guo Wengui even when he farts?"[26]

o.   Original tweet from user @fangmincnLA on February 17, 2018: "When your Voice of Free China becomes the voice of Guo Army, can you still call yourself a neutral media? When you launch the attack at me on 30th January as part of Guo Wengui's unified deployment, can you count as a media?"[27]

p.   Original tweet from user @fangmincnLA on February 17, 2018: "Guo the Phony Asshole pissed me off and I will give him nightmares every night.

The Song of Guo the Phony Asshole."[28]

q.   Original tweet from user @fangmincnLA on February 16, 2018: "Facing internet bullying, can you still be an onlooker in 2018? If you just look on or keep silent, you are allowing such evil forces like Guo Wengui to be unruly and unbridled, imposing and disrespectful.  If the road is uneven, all the people should stamp on it.  Guard your bottomline and say No No No to internet bullying.  Baby Guo, have you washed your feet today?"[29]

r.   Original tweet from user @fangmincnLA on February 15, 2018: "Master, could you see that Guo Wengui has sued me?  I can't wait for that.  Vow, Baby Guo, thank you for giving me

---

[26] https://twitter.com/fangmincnLA/status/964977568951689216
[27] https://twitter.com/fangmincnLA/status/964951400881901568
[28] https://twitter.com/fangmincnLA/status/964680500911599617
[29] https://twitter.com/fangmincnLA/status/964418181329645568

the chance to present to U.S. courts the fact that you abused, insulted and slandered others.  Thank you for giving me the chance to have related people from Abu Dhabi sitting in the courts.  Thank you for making U.S. media to give a series of reports.  Thank you for giving my lawyer the chance to cross-examine.  God, thank you for giving the chance to file a counter suit in 2018..."[30]

s.   Original tweet from user @fangmincnLA on February 15, 2018: "You will give me benefits? Guo Wengui had commissioned Pastor Baosheng to buy me off and was rejected by me."[31]

t.   Original tweet from user @fangmincnLA on February 15, 2018: "U.S. regards internet attacks as wars.  Yet why has not U.S. government weighed in from the beginning to the end? Isn't this too obvious to be worth any comment? Even one fart can smash three lies of his.  I really feel ashamed of Baby Guo."[32]

u.   Original tweet from user @fangmincnLA on February 15, 2018: "Then Baby Guo please sue China Premiere in U.S. courts.  Please Baby Guo stopped Xi Jinping's motorcade for three times.  Please Baby Guo donate for China Democracy Cause.  Which out of above has Baby Guo done? What else has he done except calling people with abusive names, spinning lies, attacking democracy activists and defrauding the public?"[33]

---

[30] https://twitter.com/fangmincnLA/status/964365178685943808
[31] https://twitter.com/fangmincnLA/status/964291918891921408
[32] https://twitter.com/fangmincnLA/status/964281058429616128
[33] https://twitter.com/fangmincnLA/status/964004887859101696

22

COMPLAINT

v.      Original tweet from user @fangmincnLA on February 14, 2018: "Funny.  YouTube and twitter are flatforms for voices. Baby Guo was banned because of his swear words and filthy speeches."[34]

w.      Original tweet from user @fangmincnLA on February 14, 2018: "Brother Jianli, I heard you are Chen Jun's friends for nearly 30 years.  Now Guo Wengui alleges Chen Jun is a China Communist spy paid by Shanghai Division of State Security Bureau, and Chen Jun installed wiretaps and put poison at Guo Wengui's home.  His swear words and filthy speeches have damaged your friend's reputation.  What do you think of all these?"[35]

x.      Original tweet from user @fangmincnLA on February 12, 2018: "Baby Guo is simply a seasoned liar.  One fart of his can smash three lies."[36]

y.      Original tweet from user @fangmincnLA on February 11, 2018: "How can you believe what Guo the Big Mouth said? His paper bullets have been flying for one year and now transform into a pie of Himalaya."[37]

z.      Original tweet from user @fangmincnLA on February 11, 2018: "Baby Guo, is there still anyone willing to touch this shit of you? Have you washed your feet today?"[38]

aa.     Original tweet from user @fangmincnLA on February 11, 2018: "BL:  Guo's fans have class, generous and willing to spend.

---

[34] https://twitter.com/fangmincnLA/status/964003348604059648
[35] https://twitter.com/fangmincnLA/status/963976927244468225
[36] https://twitter.com/fangmincnLA/status/963315350539460608
[37] https://twitter.com/fangmincnLA/status/962938208815276033
[38] https://twitter.com/fangmincnLA/status/962814265856897024

小国（Small Country): Willing to spend on cocaine and DDVP.

On Guo's-shit-and-three-corpses-pills."[39]

bb.　Original tweet from user @fangmincnLA on February 11, 2018: "The key question is who is going to pay for it? Baby Guo is a ghost who likes to use hungry soldiers.  Even his security team has left because he won't pay the bill.  How many days more do you think he can fly?"[40]

cc.　Original tweet from user @fangmincnLA on February 11, 2018: "Isn't it that time when you were drunk and hospitalized for alcohol intoxication?  Pee and poo were all over you.  Let paper bullets fly for a while."[41]

dd.　Original tweet from user @fangmincnLA on February 10, 2018: "A greedy and bottomless man brought his tricks from Sina UC into twitter.  Under Baby Guo's guidance, he spinned the story about a big net (cast at Guo Wengui.  I am a fool but I am determined and would like to contribute to the uproars and disclose all these people.  In this world, only truth will last.  Let us call together: Baby Guo, have you washed your feet today?"[42]

## FIRST CLAIM FOR RELIEF
## (COMMON LAW DEFAMATION)

115.  The allegations contained in paragraphs 1 through 114 are hereby incorporated by reference as if fully set forth herein.

---

[39] https://twitter.com/fangmincnLA/status/962809479451439104
[40] https://twitter.com/fangmincnLA/status/962798887525216256
[41] https://twitter.com/fangmincnLA/status/962798887525216256
[42] https://twitter.com/fangmincnLA/status/962798887525216256

24

COMPLAINT

116.   Defendant published the above-listed false, malicious, defamatory, and materially misleading statements regarding Plaintiff on Twitter, a public forum where Defendant has nearly one hundred followers.

117.   On information and belief, Defendant knew of the falsity of these statements at the time he made them or was reckless and indifferent as to the falsity of these statements.

118.   On information and belief, Defendant made these knowingly false statements with actual malice, hatred, and personal animosity towards Plaintiff.

119.   Defendant's false statements constitute common law libel, slander, and defamation against Plaintiff, entitling Plaintiff to exemplary damages.

120.   Defendant's conduct alleged herein is intentional, oppressive, fraudulent, and/or malicious, and is in conscious disregard of Plaintiff's rights, such that exemplary and punitive damages should be imposed on Defendant.

**SECOND CLAIM FOR RELIEF**

**(DEFAMATION PER SE)**

121.   The allegations contained in paragraphs 1 through 120 are hereby incorporated by reference as if fully set forth herein.

122.   Defendant's false statements regarding Plaintiff are statements that charge Plaintiff with underhanded dealings and incapacity, thereby causing injury to Plaintiff in his trade, profession, or business.

123.   Defendant's statements enumerated herein are false and were false at the time they were made.

124.   On information and belief, Defendant knew of the falsity of his statements at the time they were made or was reckless and indifferent as to the falsity of these statements at the time he made them.

125.   On information and belief, Defendant made these knowingly false statements with actual malice, hatred, and personal animosity towards Plaintiff, with the intention of damaging Plaintiff's reputation.

126.   The injurious character of Defendant's false statements is a self-evident fact of common knowledge which need not be pleaded or proved.

127.   As such, Defendant's false statements are actionable without proof of special damage.

128.   Defendant's conduct alleged herein is intentional, oppressive, fraudulent, and/or malicious, and is in conscious disregard of Plaintiff's rights, such that exemplary and punitive damages should be imposed on Defendant.

### THIRD CLAIM FOR RELIEF

### (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

129.   The allegations contained in paragraphs 1 through 128 are hereby incorporated by reference as if fully set forth herein.

130.   Defendant's false statements were made intentionally with a desire to harm Plaintiff.

131.   Defendant's making these statements, both the statements themselves and the manner by which Defendant broadly disseminated these statements, to hundreds of thousands of people, was extreme and outrageous.

132.   As a result of Defendant's past and continuing wrongful acts, including those enumerated herein, Plaintiff has suffered severe emotional distress.

133.   Defendant's conduct alleged herein is intentional, oppressive, fraudulent, and/or malicious, and is in conscious disregard of Plaintiff's rights, such that exemplary and punitive damages should be imposed on Defendant.

### FOURTH CLAIM FOR RELIEF

### (INTENTIONAL INTERFERENCE WITH A PROSPECTIVE ECONOMIC ADVANTAGE)

134.   The allegations contained in paragraphs 1 through 133 are hereby incorporated by reference as if fully set forth herein.

135.   Defendant's false statements were made intentionally with a desire to harm Plaintiff. The intended goal of these false and defamatory statements was to

attempt to discredit Plaintiff and negatively impact Plaintiff's application for Asylum in the United States.

136.   Defendant, having made these statements, was acting in concert with a number of other defamers, all foot soldiers in the CCP's "Fifty-Cent Troll Army". All of whom share the same conspiratorial goal: to prevent Plaintiff from obtaining Asylum in the United States.

137.   Defendant's statements, both the statements themselves and the manner by which Defendant broadly disseminated these statements is intended to negatively impact Plaintiff's application for Asylum.

138.   Asylum in the United States is, without exaggeration, a life-or-death proposition for Plaintiff. Corrupt forces within the CCP will undoubtedly imprison and torture Plaintiff if he is forced to return to China. Make no mistake, Plaintiff's life will be in jeopardy.

139.   In addition to the violations of his Human Rights, Plaintiff will suffer immense financial hardship. The direct financial result of Defendant's actions which could result in Plaintiff's failure to obtain Asylum, would be catastrophic. Plaintiff will be unable to conduct any business while imprisoned and access to his assets will be cut-off.

140.   Defendant and his co-conspirators have, by their bad acts, already succeeded in delaying Plaintiff's application for asylum, costing him millions of dollars in business dealings as Plaintiff's nebulous citizenship status has increased Plaintiff's potential risk as a business partner.

141.   Defendant's conduct alleged herein is intentional, oppressive, fraudulent, and/or malicious, and is in conscious disregard of Plaintiff's rights, such that exemplary and punitive damages should be imposed on Defendant.

142.   As a result of Defendant's past and continuing attempts to interfere with Plaintiff's application for Asylum, including those enumerated herein, Plaintiff has suffered and continues to suffer severe emotional distress and will

continue to suffer financial damages resulting from the Defendant's continued intentional interference with his application for Asylum.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment if his favor and against Defendant as follows:

(a)     For an injunction enjoining Defendant and his respective agents, servants, employees, officers, and assigns, and all other persons in active concert or participation with him from further publication of any false, malicious, defamatory or materially misleading comments regarding Plaintiff;

(b)     For the issuance of a public apology and retraction of all the statements regarding Guo on social media by Defendant;

(c)     For an award of money damages in accordance with the evidence, but not less than FIVE MILLION DOLLARS ($5,000,000), together with interest thereon for damage to Plaintiff's personal and business reputations;

(d)     For an award of punitive damages sufficient to punish and deter the conduct complained of herein;

(e)     For attorneys' fees and costs of suit herein;

(f)     For a retraction of the false, malicious, defamatory, and materially misleading statements complained of herein; and

(g)     For such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

COMPLAINT

Dated:  March 20, 2018

**LAW OFFICE OF NEIL M. SUNKIN**
**A Professional Corporation**

By: /S/_____
Neil M. Sunkin

**COHEN AND HOWARD LLP**
Aaron A. Mitchell (*pro hac vice application*
*to be submitted*)
COHEN AND HOWARD LLP
766 Shrewsbury Avenue, Suite 301
Tinton Falls, NJ  07724
Phone: (732) 747-5202
Fax: (732) 747-5259
Email: amitchell@cohenandhoward.com

*Attorneys for Plaintiff*
*WENGUI GUO a/k/a MILES KWOK*

COMPLAINT